UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7691

SHAKA ZULU ACOOLLA, a/k/a Thomas Jackson,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, in his individual and
official capacities; GENE JOHNSON, in his
individual and official capacities; D. J.
ARMSTRONG, in his individual and official
capacities; LEWIS B. CEI, in his individual
and official capacities; D. MILLS, in his
individual and official capacities; VIRGINIA
STATE BOARD OF CORRECTIONS, sued in their
individual and official capacities; L. W.
HUFFMAN, sued in his individual and official
capacities; D. A. BRAXTON, sued in his
individual capacity; B. J. WHEELER, sued in
his individual capacity; LIEUTENANT PIEROTTI,
sued in his individual capacity; G. K.
WASHINGTON, sued in his individual and
official capacities; LIEUTENANT SEAY, sued in
his individual and official capacities; M. E.
HANKINS, sued in his individual and official
capacities; R. T. FRANCIS, Sergeant, sued in
his individual and official capacities; R. L.
ADDAMS, sued in his individual and official
capacities; B. BOOKER, sued in his individual
and official capacities; C. WINGFIELD, sued in
his individual and official capacities; L. T.
EDMONDS, sued in his individual and official
capacities; D. H. LEWIS, sued in his
individual and official capacities; SERGEANT
CATRON, sued in his individual and official
capacities; K. HARRISON, sued in his
individual and official capacities; LIEUTENANT
TERRY, in his individual, and official

capacities; CORRECTIONAL OFFICER TERRY, sued in his individual and official capacities; T. E. BRIGGS, sued in his individual and official capacities; L. M. SAUNDERS, sued in his individual and official capacities; L. R. DAY, sued in his individual and official capacities; T. T. REDMAN, sued in his individual and official capacities; D. PULTZ, sued in his individual and official capacities; T. LAWHORN, sued in his individual and official capacities; LIEUTENANT DEOLY, sued in his individual and official capacities; G. S. DEFIBAUGH, sued in his individual and official capacities; T. C. ROVELLI, sued in his individual and official capacities; SERGEANT MADDOX, sued in his individual and official capacities; SERGEANT BANKS, sued in his individual and official capacities; R. D. BOYERS, sued in his individual and official capacities; M. PETERS, sued in his individual and official capacities; P. MASSIE, sued in his individual and official capacities; CORRECTIONAL OFFICER HARLOW, sued in his individual and official capacities; V. S. GRAY, a/k/a S. Gray, sued in his individual and official capacities; T. A. MARTIN, sued in his individual and official capacities; CORRECTIONAL OFFICER NEWCOMBS, sued in his individual and official capacities; CORRECTIONAL OFFICER CASH, sued in his individual and official capacities; CORRECTIONAL OFFICER ENURIAN, sued in his individual and official capacities; CORRECTIONAL OFFICER MAUZY, sued in his individual and official capacities; R. F. WILSON, sued in his individual and official capacities; R. A. YOUNG, sued in his individual and official capacities; L. W. JARVIS, sued in his individual and official capacities; P. E. MADDOX, sued in his individual and official capacities; V. J. BANDY, sued in his individual and official capacities; K. A. POLINSKY, sued in his individual and official capacities; CLARENCE A. HOLLAR, sued in his individual and official capacities; R. S. JACKSON, sued in his individual and official capacities; CORRECTIONAL OFFICER PIRES, sued in his

individual and official capacities; L. DAVENPORT,

Defendants - Appellees,

and

UNITED STATES OF AMERICA,

Intervenor.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:01-cv-01008-jct)

---

Submitted: January 17, 2007                    Decided: August 17, 2007

---

Before MICHAEL, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shaka Zulu Acoolla, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaka Zulu Acoolla appeals the district court's order granting relief to the defendants and dismissing his claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Acoolla v. Angelone, No. 7:01-cv-01008-jct (W.D. Va. Sept. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED